To: United States District Court — 2:14-07016 (LDD)

RE: <u>Amend Complaint</u>: Against the City of Philadelphia

From: Robert Mitchell
H609 G street
Phila, PA 19120

FILED
JUN 16 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

This court has jurisdiction over subject matter

Amend complaint is filed in a timely manner before
June 24th, 2015
Wednesday

1 of 6

## GOVERNMENT

**City of Philadelphia** — "Employer" of **All** city workers — *Adopted policy Race Policy*

↓

**City of Philadelphia Central Police Department** — 750 Race St. — *Distributes policy & Material to Districts*

↓

**15th District Police Dept** — Leuck St. — *Provide training & Education on Policy & Practices*

↓

**P/O Micheal Weber**
**P/O Patrick Biles**
Employees of city — *Failure to Follow Rules of Policy Race Policy*

2 of 6

## Statement of Claim

The City of Philadelphia "Governmental Agency" shall be liable as the decision maker who is the Final Authority implemented such

1. Racial Profiling policy or practice that exist
2. Discrimination policy that exist

that caused Actual harm by it's employees misconduct

1. City of Phila Police Department - Race st"
2. 15 District - Levick st.
3. P/O Micheal Weber and Patrick Biles

The City Governmental Agency knew, should have known or been made aware of Risk, harm, injury and damages the policies may/will cause and/or have contributed to but adopted it "Anyway" lead to a Constitutional Deprivation Violations of ones "Civil Rights" which may lead to Filing a lawsuit directed against them "The Physical body Government" at hand

( they have statiscal Documented Records of previous Lawsuits directed against them for Racial Profiling )

3 of 6

injury or damages the policies may/will cause or contribute to but adapted it anyway in leading to a Constitutional Violation Deprivation of ones civil Rights at the Hands of their City Law Enforcement Departments which may lead to a future legal lawsuit directed against the City "The physical Body Governments.

(They have Documented Statiscal Reports of Previous Lawsuits directed against them For 1. Racial Profiling "acts"
2. Discrimination

In conclusion, the city of Philadelphia should be liable these should be enough facts to Raise a reasonable Expectation

4 of 6

that discovery will reveal evidence of necessary element of Plaintiff claim

and the court should not dismiss plaintiff claim against the City of Philadelphia Government for adopting and/or implementations of such policy and/or practice of

1. Racial Profiling
2. Discrimination

The City of Philadelphia provide all material to its Employees "Law enforcement Department and District even provide a legal Department retained Lawyers Attorney to assist in claim Complaint herein

(the criminal charges were dropped in matter by D/A office)

5 of 6

Affidavit Affirmation of Declaration
_____

I Robert Mitchell hereby certify under penalty of perjury that the Foregoing statements made by me are true and correct to be filed as Documented.

Yet the City of Philadelphia supports, condones and encourage their law enforcement Officers by retaining lawyers to protect them from lawsuit ... Racial Profiling and discrimination Does exist in police policy by their own (2) officers actions.

Date June 11, 2015

M. Robert Mitchell
Mr. Robert Mitchell
Pro Se - Plaintiff

2:14-07016 (LDD)

6 + 6

R Mitchell
4609 G St
Phila PA 19120
6/11/15

US District Court
601 Market St
Phila PA 19106

2:14-CV-07016 (LDD)

PHILADELPHIA PA 190
13 JUN 2015 PM 7 L